IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ROBERT TAYLOR, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-00030-KD-N |
| STATE OF ALABAMA, *et al*, | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Order entered adopting the Magistrate Judge's Report and Recommendation, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice.

DONE this 17th day of March, 2011.

                                            **s/ Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**